1  ADRIENNE C. PUBLICOVER (SBN: 161432)
   Email: adrienne.publicover@wilsonelser.com
2  CHARAN M. HIGBEE (SBN: 148293)
   Email: charan.higbee@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
4  525 Market Street – 17th Floor
   San Francisco, California 94105-2725
5  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
6
   Attorneys for Defendant,
7  **LIFE INSURANCE COMPANY OF NORTH AMERICA**

8  P. RANDALL NOAH
   **LAW OFFICES OF P. RANDALL NOAH**
9  21 Orinda Way, Suite C, #316
   Orinda, California  94563
10 Telephone:   (925) 253-5540
   Facsimile:   (925) 253-5542
11
   Attorneys for Plaintiff,
12 **LEAH BYNUM**

13

14                 **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16

| LEAH BYNUM, | Case No.: C11-02404 EMC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | Action Filed: May 17, 2011<br>Trial Date:   None |
| Defendant. | |

    **IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-1 and 6-2, by and between plaintiff Leah Bynum and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

    1.    LINA was served with the Summons and Complaint on May 26, 2011, and its response to the Complaint currently is due on or before June 16, 2011;

2.   Plaintiff and Defendant have agreed that LINA may have an extension to and including July 15, 2011 to answer or otherwise respond to the Complaint; and

3.   This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Dated: June 15, 2011         WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP

                             By:   /s/ Charan M. Higbee
                                   ADRIENNE C. PUBLICOVER
                                   CHARAN M. HIGBEE
                                   Attorneys for Defendant
                                   LIFE INSURANCE COMPANY OF
                                   NORTH AMERICA


Dated:  June 15, 2011        LAW OFFICES OF P. RANDALL NOAH.

                             By:   /s/ P. Randall Noah
                                   P. RANDALL NOAH
                                   Attorneys for Plaintiff
                                   LEAH BYNUM


**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendant Life Insurance Company of North America has an extension to and including July 15, 2011 to answer or otherwise respond to plaintiff's Complaint in this action.

Date: 6/23/11          By: _____
                           HONORABLE EDWARD M. CHEN
                           UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

**CERTIFICATE OF SERVICE**
*Leah Bynum v. Life Insurance Company of North America*
*U.S.D.C., Northern District of California, Case No.: C11-02404-EMC*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒:   **By Electronic Service.**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> P. Randall Noah
> Law Offices of P. Randall Noah
> 21 Orinda Way, Suite C, #316
> Orinda, California  94563
> Telephone:    (925) 253-5540
> Facsimile:     (925) 253-5542
> ***Attorneys for Plaintiff, Leah Bynum***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on June 15, 2011, at San Francisco, California.

> */s/ Liza H. Cachero*
>   Liza H. Cachero