
Case 3:11-cv-02404-EMC   Document 14   Filed 08/15/11   Page 1 of 3

ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: adrienne.publicover@wilsonelser.com
CHARAN M. HIGBEE (SBN: 148293)
Email: charan.higbee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant,
**LIFE INSURANCE COMPANY OF NORTH AMERICA**

P. RANDALL NOAH
**LAW OFFICES OF P. RANDALL NOAH**
21 Orinda Way, Suite C, #316
Orinda, California 94563
Telephone:    (925) 253-5540
Facsimile:    (925) 253-5542

Attorneys for Plaintiff,
**LEAH BYNUM**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH BYNUM,<br><br>             Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>             Defendant. | Case No.: C11-02404 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Action Filed: May 17, 2011<br>Trial Date:    None |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff LEAH BYNUM and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| Dated: August 11, 2011 | | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By: | /s/ Charan M. Higbee<br>ADRIENNE C. PUBLICOVER<br>CHARAN M. HIGBEE<br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH AMERICA |
| Dated: August 11, 2011 | | LAW OFFICES OF P. RANDALL NOAH. |
| | By: | /s/ P. Randall Noah<br>P. RANDALL NOAH<br>Attorneys for Plaintiff<br>LEAH BYNUM |

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Date: 8/15/11   By: _____
HONORABLE
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

# CERTIFICATE OF SERVICE
*Leah Bynum v. Life Insurance Company of North America*
*U.S.D.C., Northern District of California, Case No.: C11-02404-EMC*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒:  **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> P. Randall Noah
> Law Offices of P. Randall Noah
> 21 Orinda Way, Suite C, #316
> Orinda, California 94563
> Telephone: (925) 253-5540
> Facsimile: (925) 253-5542
> ***Attorneys for Plaintiff, Leah Bynum***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on August 11, 2011, at San Francisco, California.

/s/ *Monique Jacquis*
Monique Jacquis